PER CURIAM.

▮▮▮▮▮▮▮▮▮▮▮▮

(No. 6959 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MERCYVILLE HOSPITAL, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 8, 1973.*

MERCYVILLE HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.